IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:04-CR-52-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISAAC TAFT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unopposed motion for early termination of supervised release. For good cause shown, defendant's motion [DE #72] is GRANTED. The court hereby terminates defendant's supervised release pursuant to 18 U.S.C. § 3583(e)(1).

This __1st__ day of October 2010.

_[signature]_

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31